P. R. S. Specialty Company
            vs.                No. 88546.
Monette Store Fixtures Co.

June 26, 1933.

POULIOT, J. After a jury had brought in a verdict for the plaintiff, the defendant moved for a new trial and that motion is now before the Court.

In February, 1932, the parties entered into an agreement by which the defendant was to manufacture a certain number of marble game machines for the plaintiff. No time for delivery was specified in the original draft.

The plaintiff claimed that the words "as called for" were written in with the approval and consent of the defendant through its representative, Mr. Bond, and that the first machine was to be delivered in three days, the balance of the order to be made at the rate of one or two machines a day.

The defendant denied this claim, saying that it gave no consent to the insertion of the words above quoted in the contract and that the machines were to be delivered within a reasonable time.

We had at the trial a clear cut issue for the jury to decide and the Court cannot say that it erred in finding that the plaintiff proved, by a fair preponderance of the evidence, both angles of its claim.

The damages awarded are only for the amount the plaintiff deposited as a first payment under the contract and are not contested by the defendant in so far as the amount is concerned.

Defendant's motion for a new trial is denied.

For plaintiffs: George J. Sheehan, Boss & McMahon.

For defendants: McGovern & Slattery.